COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER DENYING MOTION FOR EN BANC RECONSIDERATION

Cause number and style:      01–12–00795–CV; *Bob Bennett & Associates and Bob Bennett v. Gary O. Land*

Date motions filed:         August 5, 2013

Party filing motions:        Appellants

     It is ordered that Appellants' Motion for En Banc Reconsideration is denied.

It is so ORDERED.

Justice's signature: /s/ Laura Carter Higley
               Acting for the En Banc Court

En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle.

Justice Sharp, not participating.

Date: September 24, 2013